# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSH SHUTE | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:19-mj-0012 DMC** |

**THE DEFENDANT:**

[ ]      pleaded guilty to count(s): ____.
[X]      pleaded nolo contendere to counts(s) __1__ which was accepted by the court.
[ ]      was found guilty on count(s) ___ after a plea of not guilty.
[X]      the remaining counts are dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1361 | Depredation to government property | 05/25/2019 | 1 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/03/2019
Date of Imposition of Judgment

Dennis M. Cota, U.S. Magistrate Judge

AO 245B-CAED (Rev. 9/01) Sheet 2 - Probation - Imprisonment - Fine

DEFENDANT: SHUTES, Josh.
CASE NO. 3:19-mj-0012 DMC

# IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Marshal to be imprisoned for a total term of: TWENTY FIVE (25) DAYS. The court acknowledges that defendant has been in the custody of the United States Marshal since May 25, 2019.

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of five (5) years.

1. During the term of probation, defendant shall comply with the standard conditions of probation as follows:

   (a) Defendant shall not commit another federal, state or local crime; and

   (b) Defendant shall notify the court within seventy-two hours of begin arrested; and

   (c) Defendant shall notify the court ten days prior to any change in residence.

2. During the term of probation, defendant shall comply with the following special terms and conditions of probation as follows:

   (a) Defendant shall not enter federal lands for a period of five (5) years including, but not limited to, lands supervised by the Bureau of Land Management; U.S. Forest Service; U.S. Park Service, U.S. Fish and Wildlife and the Veteran's Administration.

3. Defendant shall pay restitution to the Bureau of Land Management, 6640 Lockheed Drive, Redding, California 96002, in the sum of $10,000.00, all due and payable thirty days prior to the end of the term of probation. Defendant shall make minimum monthly payments of $50.00 per month beginning August 1, 2019. The defendant shall notify the court thirty days prior to the end of probation the status of restitution payments and the matter will be placed back on the court's calendar for review should defendant fail to pay the restitution in full.

4. Defendant shall pay a special assessment to the court in the sum of $25.00, payable forthwith.

5. Payment of restitution and the special assessment shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.